[No. 37813-2-II.   Division Two.   May 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW TALLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-1-00044-3, Toni A. Sheldon, J., entered May 30, 2008. *Reversed* and *remanded* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 37946-5-II.   Division Two.   May 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRENCE FRANK SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01026-2, John R. Hickman, J., entered July 2, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 37959-7-II.   Division Two.   May 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TARINA ANN BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01852-4, Frederick W. Fleming, J., entered June 13, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 27161-7-III.   Division Three.   May 12, 2009.]

*In the Matter of the Combined Estate of* GARY ALLEN KUEST ET AL.

DALLAS WILLIAMS ET AL., *Appellants*, v. TRACY EMMETT, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-4-01188-2, Tari S. Eitzen, J., entered May 12, 2008. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Korsmo, JJ.